**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 12, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30225
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK L. FIELDS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:05-CR-50046-ALL
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Derrick L. Fields appeals his conviction for being a felon in possession of a firearm and for possessing a stolen firearm. He argues that the district court erred when it denied his motion to suppress evidence of the firearm, which was seized pursuant to a search warrant. Because the affidavit supporting the search warrant was more than a "bare bones" affidavit, the officers who executed the warrant relied on it in good faith, and evidence of the firearm was admissible. See United States v. Satterwhite, 980 F.2d 317, 320-21 (5th Cir. 1992).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.